AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fogel, Jeremy D. | Federal Judicial Center | 10/29/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>09/14/2018 |

**7. Chambers or Office Address**

Federal Judicial Center
One Columbus Circle N.E.
Washington, DC 20002-8003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/30/81 | California Judicial Retirement System: entitled to receive approximately 61% of the current salary of a California Superior Court Judge |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Caslifornia Judicial Retirement System (payments received through end of final reporting period) | $75,486.64 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Regional Dialogue | February 4-12 | Tashkent, Uzbekistan | Legal exchange with Uzbek judiciary | Transportation, meals and lodging |
| 2. | Berkeley Law School, University of California | February 17-22 | Berkeley, California | Meetings with faculty and administration | Transportation and lodging |
| 3. | Institute for the Advancement of the American Legal System | Feburary 28-March 2 | Colorado Springs, Colorado | Meeting of working group on judicial discipline | Transportation, meals and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Liquid Access Line of Credit | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley brokerage account (assets listed below) | | | | | | | | | |
| 2. --Vanguard Financials ETF | A | Dividend | K | T | Sold (part) | 06/26/18 | J | A | |
| 3. --Vanguard Small Cap ETF | A | Dividend | K | T | Sold (part) | 03/02/18 | J | A | |
| 4. | | | | | Sold (part) | 06/26/18 | J | A | |
| 5. --Vanguard Mid-Cap ETF | B | Dividend | L | T | | | | | |
| 6. --IShares S&P 500 Growth ETF | B | Dividend | M | T | Sold (part) | 03/02/18 | J | A | |
| 7. | | | | | Sold (part) | 06/26/18 | J | A | |
| 8. --IShares S&P 500 Value ETF | C | Dividend | L | T | Sold (part) | 03/02/18 | J | A | |
| 9. --IShares Select Dividend ETF | A | Dividend | K | T | | | | | |
| 10. --Vanguard FTSE Developed Mkts E | B | Dividend | L | T | Sold (part) | 03/02/18 | J | A | |
| 11. | | | | | Sold (part) | 06/26/18 | J | A | |
| 12. --ISharesNat Amt-Free Mun Bd ETF | A | Dividend | K | T | | | | | |
| 13. --IShares Interim Credit Bd ETF | B | Dividend | | | Buy (add'l) | 03/02/18 | J | | |
| 14. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 15. | | | | | Sold | 06/29/18 | L | B | |
| 16. --E V ADV Floating Rate | B | Dividend | L | T | Buy (add'l) | 03/02/18 | J | | |
| 17. | | | | | Buy (add'l) | 06/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Morgan Stanley Bank | A | Interest | L | T | | | | | |
| 19. --DC College Savings 2031 Portfolio | A | Dividend | K | T | | | | | |
| 20. --Energy Sel Sect Spdr Bd | A | Dividend | K | T | Buy (add'l) | 03/02/18 | J | | |
| 21. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 22. --IShares Core MSCI Emerging | A | Dividend | K | T | Buy (add'l) | 03/02/18 | J | | |
| 23. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 24. --Delaware Natl Hi Yld Muni Bd I | B | Dividend | L | T | | | | | |
| 25. --First Tr Exchange Traded Fd VI | A | Dividend | K | T | Sold (part) | 03/02/18 | J | A | |
| 26. | | | | | Sold (part) | 06/26/18 | J | A | |
| 27. --Vanguard FTSE Emerging Markets | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 28. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 29. --IShares Tips Bond ETF | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 30. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 31. --Vanguard Short-Term Corporate | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 32. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 33. --Federated Muni Obligation WS | A | Dividend | M | T | Buy | 04/13/18 | M | | |
| 34. | | | | | Sold (part) | 05/14/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/27/18 | J | A | |
| 36. | | | | | Sold (part) | 07/30/18 | K | A | |
| 37. | | | | | Sold (part) | 09/05/18 | K | A | |
| 38. Morgan Stanley IRA#1 (assets listed below) | | | | | | | | | |
| 39. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 40. --Vanguard Financials ETF | A | Dividend | J | T | Sold (part) | 03/02/18 | J | A | |
| 41. --Vanguard Small Cap ETF | A | Dividend | J | T | | | | | |
| 42. --Vanguard Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 43. --IShares S&P 500 Growth ETF | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 44. --IShares S&P Value ETF | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 45. --Vanguard FTSE Emerging Markets | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 46. --IShares Interim Credit Bd ETF | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 47. --Spdr Barclays Capital High Yield | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 48. --E V Adv Floating Rate | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 49. --Industrial Sel Sec Spdr Rd | A | Dividend | J | T | Sold (part) | 03/02/18 | J | A | |
| 50. --First Tr Exchange Traded Fd VI | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 51. --First Trust Hlth Care Alpha ETF | A | Dividend | | | Sold | 03/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --IShares Tips Bond ETF | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 53. --Energy Sel Sect Sprdr Fd | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 54. --Vanguard FTSE Developed Mkts E | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 55. --Vanguard Short-Term Corporate | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 56. --IShares Core MSCI Emerging | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 57. Morgan Stanley IRA #2 (assets listed below) | | | | | | | | | |
| 58. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 59. --Vanguard Financials ETF | A | Dividend | J | T | Sold (part) | 06/26/18 | J | A | |
| 60. --Vanguard Small Cap ETF | A | Dividend | J | T | Sold (part) | 06/26/18 | J | A | |
| 61. --Vanguard Mid-Cap ETF Index | A | Dividend | J | T | | | | | |
| 62. --Ishares S&P 500 Growth ETF | A | Dividend | | | Sold | 06/26/18 | J | A | |
| 63. --IShares S&P Value ETF | A | Dividend | | | Sold | 06/26/18 | J | A | |
| 64. --IShares Dividend Select ETF | A | Dividend | J | T | | | | | |
| 65. --Vanguard FTSE Developed Mkts E | A | Dividend | J | T | Buy (add'l) | 06/26/18 | J | | |
| 66. --Vanguard FTSE Emerging Mkts | A | Dividend | | | Sold | 06/26/18 | J | A | |
| 67. --IShares Interim Credit Bd ETF | A | Dividend | J | T | Buy (add'l) | 06/26/18 | J | | |
| 68. --Spdr Barclays High Yield | A | Dividend | | | Sold | 06/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --First Tr Exchange Traded Fd VI | A | Dividend | | | Sold | 06/26/18 | J | A | |
| 70. --First Trst Hlth Care Alpha ETF | A | Dividend | | | Sold | 06/26/18 | J | A | |
| 71. --Industrial Sel Sec Spdr Fd | A | Dividend | | | Sold | 06/26/18 | J | A | |
| 72. --IShares Tips Bond ETF | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 73. --Energy Sel Sect Spdr Fd | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 74. --Vanguard Short-Term Corporate | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 75. --IShares Core MSCI Emerging | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 76. --E V Adv Floating Rate | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 77. Trsut #1 (assets listed below) | | | | | | | | | |
| 78. --Doubleline Fds Total Return Bd Fd | C | Dividend | N | T | | | | | |
| 79. --Pioneer Ser Tr VI Fltg Rate Fd | C | Dividend | N | T | | | | | |
| 80. --Templeton Income Tr Global Bd FD | C | Dividend | N | T | | | | | |
| 81. --Intel Corp. | | None | K | T | | | | | |
| 82. --Potash Corp. of Saskatchewan | | None | K | T | | | | | |
| 83. --Realty Income REIT | | None | K | T | | | | | |
| 84. --Teradata Corp. | | None | K | T | | | | | |
| 85. --Transocean Ltd. Ordinary Shares | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pointright Holdings, Inc. | | None | J | U | | | | | |
| 87. Undeveloped lot--Placer County, CA | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 10/29/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544